# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| HAWAIIAN MASONS' PENSION FUND; HAWAII MASONS' AND PLASTERERS' ANNUITY FUND; HAWAII MASONS VACATION AND HOLIDAY FUND; HAWAII MASONS TRAINING FUND; HAWAII MASONS HEALTH AND WELFARE FUND | DEFAULT JUDGMENT IN A CIVIL CASE<br><br>Case: CV 18-00451 DKW-RLP |
| Plaintiffs, | |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>March 12, 2019<br><br>At 12 o'clock and 11 min p.m.<br>SUE BEITIA, CLERK |
| ONO CONSTRUCTION, LLC, a Hawaii limited liability company; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE TRUSTS 1-10 | |
| Defendants. | |

[ ] **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that default judgment is entered against Defendant Ono Construction, LLC, pursuant to the "Findings and Recommendation to Grant Plaintiffs' Motion for Default Judgment Against Defendant Ono Construction, LLC", filed February 22, 2019, ECF No. 13 and the "Order Adopting Magistrate Judge's Findings and Recommendation", filed March 12, 2019, ECF No. 14.  It is further ordered that the Plaintiffs are awarded damages in the amount of $204,722.50 in unpaid contributions, $20,472.25 for liquidated damages, $4,416.77 in interest, and $2,218.87 in attorneys' fees and costs against Ono Construction, LLC.

|                |                     |
|----------------|---------------------|
| March 12, 2019 | SUE BEITIA          |
| Date           | Clerk               |
|                | /s/ Sue Beitia by ET |
|                | (By) Deputy Clerk   |